1  MCGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-mj-0079-CKD |
| Plaintiff, | [PROPOSED] ORDER DISMISSING COMPLAINT AND WITHDRAWING ARREST WARRANT RE: ANTHONY TYRONE BLANKS |
| v. | |
| ANTHONY TYRONE BLANKS, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the complaint against defendant Anthony Tyrone Blanks, filed on April 9, 2018, and to withdraw the arrest warrant for Mr. Blanks, also issued on that date. (ECF No. 1). The Court, having reviewed the motion, finds that the motion is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court orders that the complaint against Anthony Tyrone Blanks be dismissed without prejudice. The Court further orders that the arrest warrant for Mr. Blanks be withdrawn, and that the Clerk of the Court notify the United States Marshals Service promptly that the arrest warrant has been withdrawn.

SO ORDERED.

Dated: May 14, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER DISMISSING COMPLAINT AND WITHDRAWING
ARREST WARRANT RE: ANTHONY TYRONE BLANKS